No. 91–8167. SMITH v. UNITED STATES; and

No. 91–8328. HARRIS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. JUSTICE THOMAS took no part in the consideration or decision of these petitions. Reported below: 294 U. S. App. D. C. 300, 959 F. 2d 246.